1 | BENJAMIN B. WAGNER
United States Attorney
2 | TODD A. PICKLES
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2766
Facsimile: (916) 554-2900

FILED

JUN 22 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| The premises at 1159 Pleasant Grove Road, Rio Oso, California, including the residence, garage, all storage areas, all trash receptacles, and the entire grounds and yard; the person of Thomas Jopson; all vehicles registered to Thomas Jopson, including a 2001 GMC, CLP 4TTY589, a 2004 YCLUB, CLP 4DU7579, Lowe vessel, CVN 3409RA, a 1999 GMC, CLP 5Z04874, and a 2008 Toyota, CLP 6DYT999. | CASE NO. 2:11-SW-275 EFB<br><br>ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED THAT the search warrant and search warrant affidavit in the above-captioned proceeding be filed in camera and under seal and not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant, including sworn affidavit, will be left at the scene of the search.

1

IT IS SO ORDERED.

Date: June ___, 2011

_____
EDMUND F. BRENNAN
United States Magistrate Judge