1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772



FILED

JUL 11 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | S.W. NO. 2:11-sw-275 EFB |
|---|---|
| The premises at 1159 Pleasant Grove Road, Rio Oso, California, including the residence, garage, all storage areas, all trash receptacles, and the entire grounds and yards; the person of Thomas Jopson, including a 2001 GMC, CLP 4TTY589, a 2004 YCLUB, CLP 4DU7579, Lowe vessel, CVN 3409RA, a 1999 GMC, CLP 5Z04874, and a 2008 Toyota, CLP 6DYT999. | ORDER UNSEALING SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: July 7, 2011

_____
DALE A. DROZD
United States Magistrate Judge